

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2022

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Miguel Angel Franco*, **22 Cr. 374 (LGS)**

Dear Judge Schofield:

      The Government writes regarding the violation of supervised release conference scheduled in the above-captioned case for November 29, 2022 at 11:00 a.m. (the "Conference"). The Government respectfully requests that the Conference be adjourned to an earlier date because the undersigned Assistant will be on trial that week. This is the Government's first request for an adjournment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Brandon C. Thompson
Assistant United States Attorneys
(212) 637-2444

Application DENIED without prejudice to renewal closer to the hearing date. The Clerk of the Court is directed to terminate the letter motion at docket number 5.

Dated: October 31, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**