UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA          :

                                 -against-                :    22 Cr. 374 (LGS)

                                                          :    <u>ORDER</u>
   MIGUEL FRANCO,
                                Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** the parties shall file a joint status letter by **July 10, 2023,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: July 6, 2023
       New York, New York

                                                                   LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE